UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHANE RUSHING,

    Petitioner,

v.

BUTTE COUNTY JAIL,

    Respondent.

                                    /

No. C 14-3760 NC (PR)

**ORDER OF TRANSFER**

This federal habeas action, in which petitioner challenges convictions he suffered in the Butte County Superior Court, is TRANSFERRED to the Eastern District of California, as that is the district of conviction. See 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b). The Clerk is directed to transfer this matter forthwith.

IT IS SO ORDERED.

DATED: August 25, 2014

NATHANAEL M. COUSINS
United States Magistrate Judge